1  **DIANNE C. KERNS, ESQ.**
   **CHAPTER 13 TRUSTEE**
2  PMB #413
   7320 NORTH LA CHOLLA #154
3  TUCSON AZ 85741
   Telephone (520)544-9094
4  Fax (520)544-7894

5

6                          **UNITED STATES BANKRUPTCY COURT**

7                          **IN AND FOR THE DISTRICT OF ARIZONA**

8

9  In re:                                    ) CHAPTER 13 PROCEEDINGS
                                             )
10 LISA A. THEADO                            ) Case No.: 09-02028-TUC-EWH
                                             )
11                                           ) **Application for Payment of Unclaimed**
                                             ) **Funds to the U.S. Bankruptcy Court**
12                                           )
                                             )
13                                           )
          Debtor                             )
14 _____

15      Dianne C. Kerns, Standing Chapter 13 Trustee of the above-captioned bankruptcy
16 estate, reports that the following dividend checks have been issued and returned as
   undeliverable and/or remained uncashed, and that more than (90) days have elapsed from the
17 dates of issuance:

18 | Check No. | Date Issued | Debtor/Creditor Name and Address | Amount |
   |---|---|---|---|
   | 202174 | 12/28/2009 | LISA THEADO | $889.89 |
19 | | | 6231 S. FONTANA AVE | |
   | | | TUCSON, AZ 85706 | |

20                                                          **Total    $889.89**

21      The Trustee asks that an order be entered to Section 347(a) of the Bankruptcy Code
22 directing the Trustee to pay over the total amount of $889.89 to the Clerk of the Court to be
   deposited in the registry thereof.

23 Dated: 07/28/2010

24

25                                      **/s/ Dianne C. Kerns, #011557**
26                                      Dianne C. Kerns, Esq.
                                        Chapter 13 Trustee
27

28